[No. 6154-1. Division One. January 2, 1979.]

WINDENTIDE, INC., ET AL, *Respondents,* v. FRANK TODD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 824087, Warren Chan, J., entered December 5, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by James and Andersen, JJ.

[No. 3031-2. Division Two. January 3, 1979.]

ROLAND A. CRABTREE, *Appellant,* v. ATLAS TRUCKING COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 23587, Gerald B. Chamberlin, J., entered June 27, 1977. *Reversed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Soule, JJ.

[No. 2655-3. Division Three. January 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS M. JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25358, Harold D. Clarke, J., entered November 22, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff and Roe, JJ.

[No. 2862-2. Division Two. January 5, 1979.]

*In the Matter of the Marriage of* HOUSTON.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 42246, Thomas L. Lodge, J., entered April 8, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.